UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORDIA
TALLAHASSEE DIVISION

JANUARI LINZY,
individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AMERICOR FUNDING, LLC d/b/a
AMERICOR FINANCIAL,

    Defendant.
_____/

Civil Action No. 4:23-cv-00168

### DEFENDANT AMERICOR FUNDING, LLC's NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendant Americor Funding, LLC d/b/a Americor Financial (hereinafter "Defendant" or "Americor"), by and through its undersigned counsel, hereby files this statement of the grounds for removing this cause of action to the United States District Court for the Northern District of Florida, together with a copy of all process, pleadings and orders served upon Defendant to date in the state court action. Defendant's grounds for removal are as follows:

1.    On April 7, 2023, Plaintiff Januari Linzy (hereinafter "Plaintiff"), individually and on behalf of all, others similarly situated, sued Americor for violations under the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. (the "TCPA") and the Florida Telephone Solicitation Act, Fla. Stat. § 501.059 (the "FTSA"). Compl. ¶ 1.

2.    The lawsuit is pending in the Second Circuit Court, in and for Leon County, Florida under Case No. 23-CA-001322 ("State Action").

3.    On April 11, 2023, Americor was served with a Summons, a copy of the

Complaint in connection with the State Action and Plaintiff's Motion for Class Certification.

4. Americor timely files this Notice of Removal within 30 days of service in accordance with 8 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Americor must be included with this Notice of Removal. A copy of the Summons, a copy of the Complaint in connection with the State Action and Plaintiff's Motion for Class Certification are attached hereto as **Exhibit "A."** No other documents have been served on Americor.

6. This Court has personal jurisdiction over the parties.

7. Defendant Americor is the only named defendant in the Complaint.

8. Venue is proper in this Division in accordance with 28 U.S.C. § 1441(a).

9. The State Action is removable to this Court under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). In CAFA, Congress granted the federal courts diversity jurisdiction over putative class actions where: (1) the citizenship of at least one proposed class member is different from that of any defendant [*Id*. § 1332(d)(2)(A)]; (2) the putative class action consists of at least 100 proposed class members [28 U.S.C. § 1332(d)(5)(B)]; and (3) the matter in controversy, after aggregating the claims of the proposed class members, exceeds $5 million, exclusive of interests and costs [*Id*. §§ 1332(d)(2), (d)(6)]. Each of these requirements is satisfied here.

10. This action meets the CAFA definition of a class action, which is "any civil action filed under Rule 23 of the Federal Rules of Civil Procedure or similar State statute or rule of judicial procedure." 28 U.S.C. §§ 1332(d)(1)(B), 1453(a) & (b).

11. Plaintiff Januari Linzy is alleged to be a citizen and resident of Leon County,

Florida. Compl. ¶ 5.

12. Defendant Americor is alleged to be a "Foreign Profit Corporation." Compl. ¶ 7.

13. Defendant Americor is a Delaware corporation with its principal place of business in Delaware.

14. For purposes of assessing minimal diversity under CAFA, "an unincorporated association shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10).

15. Because the citizenship of at least one member of the putative class is diverse from the citizenship of at least one defendant, the requirements for minimal diversity under 28 U.S.C. § 1332(d)(2)(A) are satisfied here.

16. On behalf of the putative classes, Plaintiff seeks, among other relief, compensatory damages in the form of statutory damages under the Telephone Consumer Protection Act and the Florida Telephone Solicitation Act; and equitable and/or injunctive relief. Assuming, for the purposes of removal only, that the allegations in the Complaint are true, the amount in controversy exceeds $5 million, and the aggregate number of members of the putative class exceeds 100. Based on Plaintiff's allegations, the aggregate number of class members is at least 50 persons in each of the two classes that Plaintiff seeks to certify for purposes of 28 U.S.C. § 1332(d)(5)(B). *See* Compl., ¶¶ 38, 40. Moreover, the aggregate amount of damages of the [each] Class are in the millions of dollars…" *See* Compl., ¶ 46. 28 U.S.C. §§ 1332(d)(2), (d)(6).

17. The action does not fall within any exclusion to removal of jurisdiction recognized by 28 U.S.C. § 1332(d), and therefore this action is removable pursuant to CAFA, 28 U.S.C. § 1332(d) and § 1453(b).

18. For all the reasons stated above, this action is within the original jurisdiction of

this Court pursuant to 28 U.S.C. § 1332(d). Accordingly, this action is removable pursuant to 28 U.S.C. § 1441(a) and § 1453.

19. Promptly after the filing of this Notice of Removal, Americor shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Clerk of Court of the Second Circuit Court in and for Leon County, Florida, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Americor respectfully requests that the action be removed to this Court, and that this Honorable Court exercise jurisdiction over this matter.

Dated: April 28, 2023

By: */s/ Jenniffer Cabrera*
Jenniffer Cabrera (FBN 1034545)
jenniffer@troutmanfirm.com
Troutman Firm
1825 NW Corporate Blvd, Ste. 100
Boca Raton, Florida 33431
Telephone: 561-834-0883

*Counsel for Defendant Americor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system that will send notification of such filing to all counsel of record. Additionally, a copy of the foregoing document has been served on the following counsel via email transmission:

Manuel S. Hiraldo,
Email: mhiraldo@hiraldolaw.com
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　*/s Jenniffer Cabrera*
　　　　　　　　　　　　　　　　　　　　　Jenniffer Cabrera