IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JANUARI LINZY,

    Plaintiff,

v.                                    Case No.: 4:23cv168-MW/MAF

AMERICOR FUNDING LLC
d/b/a AMERICOR FINANCIAL

    Defendant.
_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41

                                                                 JESSICA J LYUBLANOVITS,
                                                                 CLERK OF COURT

June 14, 2023                                    s/ *Ronnie Barker*
DATE                                                   DEPUTY CLERK